September 02, 2011

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Mr. Jonathan S. Stoger
The Stoger Law Firm
2301 Morse
Houston, TX 77019
Mr. Bradford Gilbert Leigh
Brad Leigh & Associates
25325 I-45 North., Ste. A
Spring, TX 77380

Mr. Neil C. McCabe
The McCabe Law Firm
P.O. Box 301101
Houston, TX 77230

RE: Case Number: 11-0344
 Court of Appeals Number: 14-10-00281-CV
 Trial Court Number: 2009-51865

Style: CLIFTON THOMAS, M.D.
 v.
 ARACELLY TORREZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF
 RICARDO TORREZ AND AS NEXT FRIEND OF RICARDO ISAIAH TORREZ, MINOR
 CHILD

Dear Counsel:

 The Supreme Court of Texas today granted the Unopposed Motion to Abate
Appeal Pending Settlement and issued the enclosed abatement order in the
above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Christopher A. |
| |Prine |
| |Mr. Chris Daniel |